### 12522.  Banks *v.* Neely.

Luke, J. There is no merit in any of the assignments of error in this case. The evidence authorized the verdict, and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

Decided October 6, 1921.

Certiorari; from Fulton superior court — Judge Bell.  March 24, 1921.

*Hines & Jordan, J. Paul Hinde,* for plaintiff in error.
*Kendrick L. Scott,* contra.